| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T | US Court of Appeals 3rdCircuit | 6/21/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ○ Nomination, Date    ○ Initial   ● Annual   ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USPO & Courthouse Bldg<br>Newark, NJ 07101 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | ▨Trust #1 |
| 2. | Co-Trustee | ▨Trust #2 |
| 3. | Co-Trustee | ▨Trust #3 |
| 4. | Co-Trustee | ▨Trust #6 |
| 5. | Co-Trustee | ▨Trust #7 |
| 6. | Co-Trustee | ▨Trust #8 |
| 7. | Co-Trustee | ▨Trust #12 |
| 8. | Co-Executor | Estate #1 |
| 9. | Co-Executor | Estate #3 |
| 10. | Co-Trustee | ▨Trust #18 |
| 11. | Co-Trustee | ▨Trust #19 |
| 12. | Trustee | ▨Trust #20 |
| 13. | Co-Trustee | ▨Trust #21 |
| 14. | Co-Trustee | ▨Trust #22 |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 Brooklyn, NY | G | LLC | N | U | | | | | |
| 2. Rental Property #2 Brooklyn, NY | G | LLC | M | U | | | | | |
| 3. Rental Property #18 Brooklyn, NY | D | S-CORP | L | U | | | | | |
| 4. Rental Property #16 Brooklyn, NY | G | S-CORP | J | U | | | | | |
| 5. Rental Property #17 Brooklyn, NY | G | S-CORP | J | U | | | | | |
| 6. ▨▨▨ Business #1 Manhasset, NY | G | S-CORP | K | U | | | | | |
| 7. ▨▨▨ Business #2 Brooklyn, NY | G | S-CORP | N | U | | | | | |
| 8. Rental Property #21 Brooklyn, NY | | None | J | U | | | | | |
| 9. Rental Property #22 Brooklyn, NY | G | S-CORP | J | U | | | | | |
| 10. Rental Property #23 Brooklyn, NY | F | S-CORP | K | U | | | | | |
| 11. Rental Property #25 Brooklyn, NY | G | S-CORP | N | U | | | | | |
| 12. Rental Property #24 Brooklyn, NY | H1 | S-CORP | P1 | U | | | | | |
| 13. Rental Property #11 Brooklyn, NY | | None | J | U | | | | | |
| 14. Rental Property #10 Brooklyn, NY | | None | J | U | | | | | |
| 15. Rental Property #13 Brooklyn, NY | | None | J | U | | | | | |
| 16. ▨▨▨ Trust #6 – List of assets: | F | Int | P1 | T | | | | | |
| 17. – Cash JP MorganChase | | | | | | | | | |
| 18. – Mortgage Receivable - Rental Property #24 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 19. - Mortgage Receivable - Rental Property #8 | | | | | | | | | |
| 20. - Mortgage Receivable - Rental Property #3 | | | | | | | | | |
| 21. ▪▪▪ Trust #7 - List of assets: | F | Int | P1 | T | | | | | |
| 22. - Cash JPMorganChase | | | | | | | | | |
| 23. - Mortgage Receivable - Rental Property #24 | | | | | | | | | |
| 24. - Mortgage Receivable - Rental Property #8 | | | | | | | | | |
| 25. - Mortgage Receivable - Rental Property #3 | | | | | | | | | |
| 26. ▪▪▪ Trust #15 - List of assets: | D | Int, Rent | M | U | | | | | |
| 27. - Land Brooklyn NY | | | | | | | | | |
| 28. ▪▪▪ Trust #16 - List of assets: | D | Int, Rent | L | U | | | | | |
| 29. - Land Brooklyn NY | | | | | | | | | |
| 30. ▪▪▪ Trust #17 - List of assets: | D | Int, Div, R/E | P1 | T | | | | | |
| 31. - Cash JPMorganChase | | | | | | | | | |
| 32. - JPMorgan Tax Aware Large Cap | | | | | | | | | |
| 33. - JPMorgan Select Large Cap | | | | | SELL | 7/1 | K | | |
| 34. - JPMorgan Mid Cap Equity Fund | | | | | | | | | |
| 35. - JPMorgan Fleming Intl Equity Fund | | | | | | | | | |
| 36. - Land Brooklyn NY | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ▓▓▓ Trust #1 - List of assets: | E | Int | N | T | | | | | |
| 38. - Cash JPMorganChase | | | | | | | | | |
| 39. - Loan receivable-David Desmond | | | | | | | | | |
| 40. ▓▓▓ Trust #2 - List of assets: | E | Int | O | T | | | | | |
| 41. - Cash JPMorganChase | | | | | | | | | |
| 42. - Loan receivable-David Desmond | | | | | | | | | |
| 43. ▓▓▓ Trust #3 - List of assets: | F | Int | P1 | T | | | | | |
| 44. - Cash JPMorganChase | | | | | | | | | |
| 45. - Mortgage Receivable - Rental Property #24 | | | | | | | | | |
| 46. - Mortgage Receivable - Rental Property #8 | | | | | | | | | |
| 47. - Mortgage Receivable - Rental Property #3 | | | | | | | | | |
| 48. ▓▓▓ Trust #8 - List of assets: | H1 | S-Corp/LLC | P1 | U | | | | | |
| 49. - Rental Property #24 | | | | | | | | | |
| 50. - Rental Property #21 | | | | | | | | | |
| 51. - Rental Property #25 | | | | | | | | | |
| 52. - Rental Property #7 | | | | | | | | | |
| 53. - Rental Property #22 | | | | | | | | | |
| 54. - Rental Property #23 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Trust #12 - List of assets: | H1 | S-Corp/LLC | P1 | U | | | | | |
| 56. - Rental Property #24 | | | | | | | | | |
| 57. - Rental Property #21 | | | | | | | | | |
| 58. - Rental Property #25 | | | | | | | | | |
| 59. - Rental Property #7 | | | | | | | | | |
| 60. - Rental Property #22 | | | | | | | | | |
| 61. - Rental Property #23 | | | | | | | | | |
| 62. Chase Manhattan Bank | E | Interest | O | T | | | | | |
| 63. CAPITAL GUARDIAN- FIXED INCOME: | | | | | | | | | |
| 64. NY Empire UDC 5% 1/1/13 | D | Interest | N | T | | | | | |
| 65. NY ST PWR AU 4.5% 11/15/08 | D | Interest | M | T | | | | | |
| 66. NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | N | T | | | | | |
| 67. NJ ECON DEV 5.25% 6/15/07 | D | Interest | M | T | | | | | |
| 68. CO HLTH CHI 4.25% 9/1/09 | D | Interest | M | T | | | | | |
| 69. MICH ST BLDG 5.25% 10/15/11 | D | Interest | M | T | | | | | |
| 70. IN BOND BANK 4% 2/1/11 | D | Interest | M | T | Partial Sale | 3/20 | M | B | |
| 71. Brazos River 4.75% 5/1/29 | C | Interest | M | T | | | | | |
| 72. Cypress-Fairbanks 4.5% 2/15/06 | D | Interest | | | SELL | 9/16 | M | D | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Chicago IL WTR 5% 11/1/06 | D | Interest | M | T | | | | | |
| 74. Salt River AZ 5% 1/1/05 | D | Interest | M | T | | | | | |
| 75. NYS TWY AMBA 5% 4/01/09 | E | Interest | N | T | | | | | |
| 76. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | N | T | | | | | |
| 77. TX TURNPIKE 5% 6/1/08 | D | Interest | N | T | | | | | |
| 78. NYS DORM AUTH 4.5% 7/1/09 | D | Interest | N | T | | | | | |
| 79. NYS DORM 5.25% 11/15/23 | E | Interest | N | T | | | | | |
| 80. NYC NY B-A7 1.100% | A | Interest | | | BUY | 3/25 | N | | |
| 81. | | | | | Partial Sale | 4/21 | L | | |
| 82. | | | | | SELL | 4/23 | N | | |
| 83. LIPA NY B 5.0% 6/1/07 | C | Interest | M | T | BUY | 4/23 | M | | |
| 84. LIPA NY B 5.0% 12/1/06 | B | Interest | L | T | BUY | 4/24 | L | | |
| 85. NY STATE TWY MBIA 5% 4/1/10 | C | Interest | M | T | BUY | 3/20 | M | | |
| 86. PUERTO RICO GO E 5% 7/1/28 | | None | M | T | BUY | 4/17 | M | | |
| 87. MASS GO SER B 5.75% 6/1/15 | A | Interest | M | T | BUY | 11/20 | M | | |
| 88. NJ TRANSIT TRUST 5.25 6/15/06 | A | Interest | M | T | BUY | 11/20 | M | | |
| 89. NYC NY SUB E4 DFRN 1.18% 8/1/22 | A | Interest | L | T | BUY | 11/28 | L | | |
| 90. NY TOBACCO SETTLEMENT 5% 6/1/09 | | None | M | T | BUY | 11/20 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Money Market Fund - Federated NY Muni | C | Dividend | K | T | | | | | |
| 92. CAPITAL GUARDIAN - GLOBAL EQUITY: | | | | | | | | | |
| 93. Tokyo Electron | A | Dividend | K | T | | | | | |
| 94. Heineken | B | Dividend | M | T | Partial Sale | 1/23 | J | | |
| 95. | | | | | Partial Sale | 1/23 | L | | |
| 96. STMicroelectronics | A | Dividend | K | T | | | | | |
| 97. Vodafone Group PLC | B | Dividend | L | T | Partial Sale | 1/23 | L | | |
| 98. Unilever | C | Dividend | L | T | Partial Sale | 1/23 | L | D | |
| 99. | | | | | Partial Sale | 6/12 | K | B | |
| 100. Cheung Kong Hldg | A | Dividend | K | T | | | | | |
| 101. Suncor Energy Inc | A | Dividend | M | T | Partial Sale | 1/23 | K | C | |
| 102. | | | | | Partial Sale | 1/23 | K | D | |
| 103. Shell CDA LTD | B | Dividend | M | T | Partial Sale | 1/29 | J | A | |
| 104. | | | | | Partial Sale | 1/30 | J | B | |
| 105. | | | | | Partial Sale | 1/31 | J | A | |
| 106. | | | | | Partial Sale | 2/3 | J | A | |
| 107. | | | | | Partial Sale | 2/3 | K | D | |
| 108. | | | | | Partial Sale | 2/4 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C3) | U = Book Value | V = Other | W = Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. | | | | | Partial Sale | 2/6 | J | A | |
| 110. Bank N S Halifax | B | Dividend | L | T | Partial Sale | 1/23 | K | B | |
| 111. | | | | | Partial Sale | 1/23 | K | C | |
| 112. | | | | | Partial Sale | 1/27 | K | C | |
| 113. | | | | | Partial Sale | 1/28 | K | B | |
| 114. Astrazeneca PLC | B | Dividend | M | T | Partial Sale | 1/2 | J | | |
| 115. | | | | | Partial Sale | 1/8 | J | | |
| 116. | | | | | Partial Sale | 1/1 | J | | |
| 117. | | | | | Partial Sale | 1/1 | J | | |
| 118. | | | | | Partial Sale | 1/1 | K | | |
| 119. | | | | | Partial Sale | 1/2 | J | | |
| 120. | | | | | Partial Sale | 1/3 | J | | |
| 121. | | | | | Partial Sale | 1/9 | J | | |
| 122. | | | | | Partial Sale | 1/10 | J | | |
| 123. | | | | | Partial Sale | 1/31 | J | | |
| 124. Sun Hung Kai Prop | B | Dividend | K | T | Partial Sale | 1/23 | L | | |
| 125. Fomento Economico Mexicano | | None | | | SELL | 4/8 | K | | |
| 126. Nestle SA | B | Dividend | M | T | Partial Sale | 1/16 | K | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | Date: Month-Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. | | | | | Partial Sale | 1/23 | L | | |
| 128. Wal-Mart De Mexico | B | Dividend | M | T | | | | | |
| 129. UPM-Kymmene Corp | B | Dividend | L | T | Partial Sale | 1/23 | K | C | |
| 130. | | | | | BUY | 8/7 | J | | |
| 131. | | | | | BUY | 9/10 | K | | |
| 132. Assa Abloy | A | Dividend | | | Partial Sale | 1/23 | K | | |
| 133. | | | | | SELL | 4/16 | K | | |
| 134. Kimberly Clark Mex | | None | | | Partial Sale | 1/16 | K | | |
| 135. | | | | | SELL | 1/17 | K | | |
| 136. Holcim LTD Bearer | B | Dividend | M | T | Partial Sale | 1/23 | K | | |
| 137. Fosters | A | Dividend | K | T | Partial Sale | 1/23 | K | B | |
| 138. | | | | | Partial Sale | 2/21 | K | C | |
| Wetherspoon JD | B | Dividend | L | T | Partial Sale | 1/23 | K | | |
| 140. | | | | | Partial Sale | 7/14 | L | | |
| 141. Trinity Intl | | None | | | SELL | 4/16 | K | | |
| 142. Lloyds TSB Group | C | Dividend | | | SELL | 2/26 | K | | |
| 143. CRH PLC | B | Dividend | M | T | Partial Sale | 1/23 | L | | |
| Richemont | B | Dividend | M | T | BUY | 1/31 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Television Francaise TF1 | A | Dividend | | | Partial Sale | 4/23 | J | | |
| 146. | | | | | Partial Sale | 4/24 | J | B | |
| 147. | | | | | Partial Sale | 5/7 | J | A | |
| 148. | | | | | Partial Sale | 6/4 | J | B | |
| 149. | | | | | Partial Sale | 6/4 | J | B | |
| 150. | | | | | Partial Sale | 6/6 | J | B | |
| 151. | | | | | Partial Sale | 6/6 | J | B | |
| 152. | | | | | BUY | 8/5 | K | | |
| 153. | | | | | Partial Sale | 10/30 | K | | |
| 154. | | | | | SELL | 11/3 | J | | |
| 155. Novartis AG | A | Dividend | K | T | Partial Sale | 1/23 | L | | |
| 156. | | | | | Partial Sale | 2/10 | K | | |
| 157. | | | | | BUY | 8/20 | J | | |
| 158. Pearson PLC | A | Dividend | K | T | BUY | 7/11 | J | | |
| 159. Compass Group | B | Dividend | | | Partial Sale | 1/23 | K | | |
| 160. | | | | | Partial Sale | 8/15 | K | | |
| 161. | | | | | SELL | 8/20 | K | C | |
| 162. Assoc British Foods | B | Dividend | | | Partial Sale | 1/23 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | Partial Sale | 8/1 | K | | |
| 164. | | | | | SELL | 8/4 | J | | |
| 165. Carrefour | A | Dividend | L | T | BUY | 2/4 | K | | |
| 166. Samsung Elec Gds | C | Dividend | M | T | Partial Sale | 1/23 | K | E | |
| 167. Rohm Co | A | Dividend | J | T | Partial Sale | 1/23 | J | | |
| 168. Bouygues | A | Dividend | K | T | | | | | |
| 169. JC Decaux INTL | | None | L | T | Partial Sale | 1/24 | K | | |
| 170. L'Air Liquide Bearer | B | Dividend | L | T | Partial Sale | 1/23 | L | | |
| 171. HSBC Hldgs | B | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 172. LI & Fung | B | Dividend | L | T | | | | | |
| 173. Mitsui Sumitomo Insurance | | None | | | Partial Sale | 1/17 | K | | |
| 174. | | | | | SELL | 1/20 | J | | |
| 175. Nikko Cordial Corp | A | Dividend | L | T | Partial Sale | 1/23 | J | | |
| 176. Nissan Motor Co | B | Dividend | L | T | Partial Sale | 1/23 | K | E | |
| 177. RECKITT BENCKISER | B | Dividend | L | T | Partial Sale | 1/23 | K | C | |
| 178. | | | | | BUY | 8/5 | K | | |
| 179. SANOFI-SYNTHELABO | B | Dividend | M | T | Partial Sale | 1/23 | J | | |
| 180. | | | | | BUY | 5/21 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. BG GROUP PLC | A | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 182. AMAZON.COM 6.875% 2/16/10 | D | Interest | | | Partial Sale | 6/23 | K | E | |
| 183. | | | | | SELL | 7/8 | K | E | |
| 184. AMERICA MOVIL | A | Dividend | L | T | | | | | |
| 185. BHP BILLITON | | None | | | Partial Sale | 1/23 | K | C | |
| 186. | | | | | SELL | 4/9 | K | C | |
| 187. SWISS RE NAMEN | A | Dividend | | | Partial Sale | 1/23 | J | | |
| 188. | | | | | SELL | 10/30 | K | | |
| 189. SECURITAS AB | | None | | | Partial Sale | 1/22 | J | | |
| 190. | | | | | Partial Sale | 1/23 | J | | |
| 191. | | | | | Partial Sale | 1/31 | J | | |
| 192. | | | | | Partial Sale | 2/3 | J | | |
| 193. | | | | | Partial Sale | 2/4 | J | | |
| 194. | | | | | Partial Sale | 2/5 | J | | |
| 195. | | | | | Partial Sale | 2/11 | J | | |
| 196. | | | | | SELL | 2/21 | J | | |
| 197. SCHNEIDER ELECTRIC | B | Dividend | L | T | Partial Sale | 1/23 | K | | |
| 198. RENAULT | A | Dividend | K | T | Partial Sale | 1/23 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 199. | NIKON | | None | K | T | Partial Sale | 1/23 | J | | |
| 200. | HOYA CORP | A | Dividend | K | T | Partial Sale | 1/23 | K | A | |
| 201. | | | | | | BUY | 4/17 | K | | |
| 202. | STANDARD CHARTERED | A | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 203. | VENTURE CORP | A | Dividend | L | T | BUY | 1/30 | J | | |
| 204. | TELEFONOS DE MEXICO | A | Dividend | | | Partial Sale | 7/16 | J | | |
| 205. | | | | | | Partial Sale | 7/22 | J | | |
| 206. | | | | | | SELL | 7/24 | J | | |
| 207. | NATIONAL GRID GROUP | B | Dividend | K | T | Partial Sale | 1/16 | J | | |
| 208. | | | | | | Partial Sale | 1/23 | K | | |
| 209. | | | | | | Partial Sale | 4/2 | J | | |
| 210. | AEON CO | A | Dividend | L | T | Partial Sale | 1/23 | K | | |
| 211. | SMITHS GROUP | B | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 212. | THK CO | | None | | | Partial Sale | 1/23 | K | | |
| 213. | | | | | | Partial Sale | 1/24 | K | | |
| 214. | | | | | | SELL | 3/5 | K | | |
| 215. | ORKLA ASA | | None | | | SELL | 2/28 | J | | |
| 216. | BCE INC | C | Dividend | M | T | Partial Sale | 1/23 | L | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. JOHNSON ELEC | A | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 218. IMPERIAL OIL | A | Dividend | | | Partial Sale | 1/23 | K | | |
| 219. | | | | | SELL | 2/20 | K | B | |
| 220. NEWS CORP | A | Dividend | K | T | Partial Sale | 1/23 | K | B | |
| 221. ROYAL BANK SCOTLAND | C | Dividend | M | T | BUY | 1/30 | K | | |
| 222. SUMITOMO REAL ESTATE | A | Dividend | | | Partial Sale | 4/17 | K | | |
| 223. | | | | | Partial Sale | 4/18 | J | | |
| 224. | | | | | SELL | 4/21 | J | | |
| 225. COLOPLAST | A | Dividend | L | T | | | | | |
| 226. SMC | A | Dividend | K | T | BUY | 4/2 | J | | |
| 227. SWISSCOM | A | Dividend | | | Partial Sale | 1/23 | J | A | |
| 228. | | | | | SELL | 9/3 | K | | |
| 229. ESSILOR INTL | A | Dividend | L | T | BUY | 1/22 | J | | |
| 230. | | | | | BUY | 1/23 | J | | |
| 231. | | | | | BUY | 1/27 | J | | |
| 232. | | | | | Partial Sale | 1/23 | J | | |
| 233. KPN | | None | K | T | Partial Sale | 1/23 | K | D | |
| 234. XSTRATA PLC | | None | | | SELL | 1/29 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 235. NOBEL BIOCARE HLDG | A | Dividend | L | T | | | | | |
| 236. BNP PARIBAS | A | Dividend | K | T | Partial Sale | 1/23 | K | | |
| 237. PINNACLE WEST | A | Dividend | L | T | BUY | 9/2 | K | | |
| 238. GALLAGHER ARTHUR | A | Dividend | K | T | BUY | 2/5 | J | | |
| 239. LUXOTTICA | A | Dividend | K | T | | | | | |
| 240. REED ELSEVIER | A | Dividend | K | T | | | | | |
| 241. USA INTERACTIVE | | None | L | T | BUY | 1/7 | K | | |
| 242. | | | | | BUY | 1/29 | K | | |
| 243. STATE STR CORP | A | Dividend | K | T | BUY | 1/14 | J | | |
| 244. | | | | | BUY | 1/15 | J | | |
| 245. | | | | | BUY | 1/22 | J | | |
| 246. | | | | | BUY | 1/24 | J | | |
| 247. | | | | | BUY | 1/27 | J | | |
| 248. RHOEN-KLINIKUM | A | Dividend | K | T | BUY | 1/15 | J | | |
| 249. | | | | | BUY | 1/15 | J | | |
| 250. YAKULT HONSHA | A | Dividend | K | T | BUY | 1/22 | K | | |
| 251. | | | | | BUY | 1/30 | J | | |
| 252. | | | | | BUY | 5/16 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | Partial Sale | 4/3 | L | D | |
| 254. AMERICAN INTL. GROUP | A | Dividend | | | BUY | 1/29 | K | | |
| 255. | | | | | SELL | 10/10 | K | B | |
| 256. CINCINNATI FINL CORP | A | Dividend | K | T | BUY | 1/29 | K | | |
| 257. DUKE ENERGY CORP | B | Dividend | K | T | BUY | 1/29 | K | | |
| 258. | | | | | SELL | 8/25 | K | | |
| 259. | | | | | BUY | 10/9 | J | | |
| 260. | | | | | BUY | 10/10 | J | | |
| 261. | | | | | BUY | 10/13 | J | | |
| 262. EMERSON ELECTRIC | B | Dividend | K | T | BUY | 1/29 | K | | |
| 263. GENERAL ELECTRIC | B | Dividend | L | T | BUY | 1/29 | K | | |
| 264. | | | | | BUY | 2/27 | J | | |
| 265. ILLINOIS TOOL WORKS | A | Dividend | L | T | BUY | 1/29 | K | | |
| 266. INTEL CORP | A | Dividend | K | T | BUY | 1/29 | K | | |
| 267. IBM | A | Dividend | K | T | BUY | 1/29 | K | | |
| 268. INTERPUBLIC GROUP | | None | L | T | BUY | 1/29 | K | | |
| 269. | | | | | BUY | 3/19 | J | | |
| 270. | | | | | BUY | 3/20 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. | | | | | BUY | 3/24 | J | | |
| 272. | | | | | BUY | 3/25 | J | | |
| 273. PEPSICO | A | Dividend | K | T | BUY | 1/29 | K | | |
| 274. PFIZER | A | Dividend | K | T | BUY | 1/29 | K | | |
| 275. SBC COMMUNICATIONS | B | Dividend | K | T | BUY | 1/29 | K | | |
| 276. SCHLUMBERGER LTD | A | Dividend | L | T | BUY | 1/29 | L | | |
| 277. SOUTHWEST AIRLINES | A | Dividend | K | T | BUY | 1/29 | K | | |
| 278. SPRINT CORP | A | Dividend | | | BUY | 1/29 | J | | |
| 279. | | | | | SELL | 10/10 | K | C | |
| 280. UNION PACIFIC | A | Dividend | K | T | BUY | 1/29 | K | | |
| 281. WILLIAMS SONOMA | | None | K | T | BUY | 1/29 | K | | |
| 282. AIR PRODS & CHEMS | A | Dividend | L | T | BUY | 1/29 | K | | |
| 283. FLUOR CORP | A | Dividend | K | T | BUY | 1/29 | J | | |
| 284. LILLY ELI & CO | B | Dividend | L | T | BUY | 1/29 | L | | |
| 285. MICROSOFT CORP | A | Dividend | K | T | BUY | 1/29 | J | | |
| 286. CAMPBELL SOUP CO | A | Dividend | K | T | BUY | 1/29 | J | | |
| 287. APPLIED MATERIALS | | None | L | T | BUY | 1/29 | K | | |
| 288. | | | | | BUY | 7/16 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. ROYAL DUTCH PETE | C | Dividend | M | T | BUY | 1/29 | L | | |
| 290. UNITED TECHNOLOGIES | A | Dividend | K | T | BUY | 1/29 | K | | |
| 291. KNIGHT RIDDER | A | Dividend | K | T | BUY | 1/29 | J | | |
| 292. | | | | | BUY | 7/14 | J | | |
| 293. COX COMMUNICATIONS | | None | L | T | BUY | 1/29 | K | | |
| 294. | | | | | BUY | 8/4 | K | | |
| 295. MACROMEDIA | | None | | | BUY | 1/29 | K | | |
| 296. | | | | | Partial Sale | 10/23 | J | B | |
| 297. | | | | | Partial Sale | 10/24 | J | B | |
| 298. | | | | | SELL | 10/27 | J | A | |
| 299. BAKER HUGHES | A | Dividend | K | T | BUY | 1/29 | J | | |
| 300. CITIGROUP | A | Dividend | K | T | BUY | 1/29 | K | | |
| 301. WELLS FARGO & CO | A | Dividend | K | T | BUY | 1/29 | K | | |
| 302. BERKSHIRE HATHAWAY | | None | K | T | BUY | 1/29 | K | | |
| 303. ROBERT HALF INTL | | None | L | T | BUY | 1/29 | K | | |
| 304. COSTCO | | None | L | T | BUY | 1/29 | L | | |
| 305. LOWES COS | A | Dividend | M | T | BUY | 1/29 | L | | |
| 306. BECTON DICKINSON | A | Dividend | K | T | BUY | 1/29 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. UNITED PARCEL SERVICE | A | Dividend | K | T | BUY | 1/29 | K | | |
| 308. AGILENT TECHNOLOGIES | | None | | | BUY | 1/29 | K | | |
| 309. | | | | | SELL | 11/6 | K | D | |
| 310. EXXON MOBIL | B | Dividend | L | T | BUY | 1/29 | K | | |
| 311. | | | | | BUY | 8/4 | K | | |
| 312. FEDEX CORP | A | Dividend | K | T | BUY | 1/29 | K | | |
| 313. VERISIGN | | None | | | BUY | 1/29 | K | | |
| 314. | | | | | Partial Sale | 6/24 | J | B | |
| 315. | | | | | Partial Sale | 6/25 | J | B | |
| 316. | | | | | Partial Sale | 6/25 | J | B | |
| 317. | | | | | SELL | 8/25 | K | D | |
| 318. RADIOSHACK | A | Dividend | K | T | BUY | 1/29 | J | | |
| 319. | | | | | BUY | 2/28 | J | | |
| 320. SIEMENS | | None | L | T | BUY | 1/29 | K | | |
| 321. CENTURYTEL | A | Dividend | K | T | BUY | 1/29 | J | | |
| 322. POLYCOM INC | | None | L | T | BUY | 1/29 | K | | |
| 323. LIBERTY MEDIA CORP | | None | | | BUY | 1/29 | K | | |
| 324. | | | | | SELL | 9/12 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. CHEVRON TEXACO | A | Dividend | K | T | BUY | 1/29 | J | | |
| 326. CANADIAN NATIONAL RAILWAY | A | Dividend | K | T | BUY | 1/29 | K | | |
| 327. ALLERGAN INC | A | Dividend | K | T | BUY | 1/29 | K | | |
| 328. DILLARDS INC | A | Dividend | | | BUY | 1/29 | K | | |
| 329. | | | | | SELL | 4/8 | J | | |
| 330. SLM CORP | A | Dividend | K | T | BUY | 1/29 | K | | |
| 331. WEATHERFORD INTL | | None | J | T | BUY | 1/29 | J | | |
| 332. TELEFONICA S.A. | A | Dividend | J | T | BUY | 1/30 | J | | |
| 333. PORTUGAL TELECOM | A | Dividend | L | T | BUY | 1/30 | J | | |
| 334. | | | | | BUY | 1/31 | J | | |
| 335. | | | | | BUY | 2/4 | J | | |
| 336. | | | | | BUY | 2/5 | J | | |
| 337. | | | | | BUY | 2/7 | J | | |
| 338. | | | | | BUY | 2/11 | J | | |
| 339. BAE SYSTEMS | B | Dividend | | | BUY | 1/31 | J | | |
| 340. | | | | | BUY | 2/10 | J | | |
| 341. | | | | | BUY | 2/13 | J | | |
| 342. | | | | | Partial Sale | 6/26 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 343. | | | | | Partial Sale | 7/10 | J | B | |
| 344. | | | | | Partial Sale | 7/11 | J | B | |
| 345. | | | | | Partial Sale | 7/14 | J | B | |
| 346. | | | | | Partial Sale | 7/15 | J | B | |
| 347. | | | | | SELL | 7/16 | J | A | |
| 348. RIO TINTO | B | Dividend | L | T | BUY | 2/3 | K | | |
| 349. | | | | | BUY | 2/5 | K | | |
| 350. AMERICAN STD | | None | L | T | BUY | 2/11 | J | | |
| 351. | | | | | BUY | 3/05 | K | | |
| 352. DANONE | A | Dividend | K | T | BUY | 4/3 | J | | |
| 353. INDITEX | A | Dividend | K | T | BUY | 4/3 | K | | |
| 354. UNOCAL | A | Dividend | K | T | BUY | 4/4 | K | | |
| 355. | | | | | BUY | 4/7 | K | | |
| 356. APPLERA CORP | A | Dividend | L | T | BUY | 4/8 | L | | |
| 357. | | | | | BUY | 12/8 | K | | |
| 358. | | | | | BUY | 12/9 | J | | |
| 359. | | | | | Partial Sale | 10/10 | J | C | |
| 360. BOMBARDIER INC | A | Dividend | K | T | BUY | 4/8 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = J | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | Appraisal |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. | | | | | BUY | 4/9 | J | | |
| 362. | | | | | BUY | 4/10 | J | | |
| 363. | | | | | BUY | 4/11 | J | | |
| 364. | | | | | BUY | 4/14 | J | | |
| 365. | | | | | BUY | 4/15 | J | | |
| 366. | | | | | BUY | 4/16 | J | | |
| 367. | | | | | BUY | 4/17 | J | | |
| 368. | | | | | BUY | 4/21 | J | | |
| 369. | | | | | BUY | 6/6 | J | | |
| 370. | | | | | BUY | 6/10 | J | | |
| 371. | | | | | BUY | 6/11 | J | | |
| 372. WD-40 COMPANY | A | Dividend | K | T | BUY | 4/10 | J | | |
| 373. | | | | | BUY | 4/11 | J | | |
| 374. | | | | | BUY | 5/16 | J | | |
| 375. | | | | | BUY | 5/19 | J | | |
| 376. | | | | | BUY | 5/20 | J | | |
| 377. | | | | | BUY | 5/23 | J | | |
| 378. SAP | A | Dividend | K | T | BUY | 4/25 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  Y = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 379. SHISEIDO | A | Dividend | | | BUY | 5/2 | K | | |
| 380. | | | | | Partial Sale | 10/6 | J | B | |
| 381. | | | | | Partial Sale | 10/8 | J | B | |
| 382. | | | | | SELL | 10/10 | J | B | |
| 383. YAHOO JAPAN | | None | M | T | BUY | 5/30 | K | | |
| 384. | | | | | BUY | 6/3 | K | | |
| 385. DEUTSCHE BANK | A | Dividend | K | T | BUY | 6/4 | K | | |
| 386. KINDER MORGAN | | None | K | T | BUY | 6/17 | J | | |
| 387. | | | | | BUY | 6/18 | K | | |
| 388. | | | | | BUY | 6/18 | J | | |
| 389. | | | | | Partial Sale | 8/21 | J | A | |
| 390. | | | | | Partial Sale | 11/26 | J | A | |
| 391. MITSUBISHI CORP | A | Dividend | L | T | BUY | 6/30 | K | | |
| 392. | | | | | BUY | 7/2 | K | | |
| 393. | | | | | BUY | 7/4 | K | | |
| 394. COMCAST | | None | K | T | BUY | 6/30 | K | | |
| 395. CANON | | None | K | T | BUY | 7/7 | K | | |
| 396. | | | | | BUY | 7/8 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. WHOLE FOODS MARKET | | None | L | T | BUY | 7/8 | K | | |
| 398. | | | | | BUY | 7/10 | J | | |
| 399. | | | | | BUY | 7/11 | J | | |
| 400. | | | | | BUY | 7/14 | J | | |
| 401. AMYLIN PHARMACEUTICALS | | None | K | T | BUY | 7/14 | K | | |
| 402. PETCO | | None | K | T | BUY | 7/15 | J | | |
| 403. | | | | | BUY | 7/15 | J | | |
| 404. | | | | | BUY | 7/16 | J | | |
| 405. | | | | | BUY | 7/17 | J | | |
| 406. LUNDBECK | | None | J | T | BUY | 7/16 | K | | |
| 407. CHUBB | A | Dividend | K | T | BUY | 7/31 | K | | |
| 408. IMPERIAL OIL | | None | K | T | BUY | 8/4 | K | | |
| 409. CHECKFREE CORP | | None | K | T | BUY | 8/4 | K | | |
| 410. KRAFT FOODS | A | Dividend | K | T | BUY | 8/4 | K | | |
| 411. NTT DOCOMO | A | Dividend | | | BUY | 8/5 | K | | |
| 412. | | | | | SELL | 11/12 | K | | |
| 413. NITTO DENKO | A | Dividend | K | T | BUY | 8/26 | J | | |
| 414. | | | | | BUY | 9/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Be z, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 415. MITSUBISHI ESTATE | A | Dividend | K | T | BUY | 9/11 | K | | |
| 416. HONG KONG & CHINA GAS | A | Dividend | K | T | BUY | 9/18 | K | | |
| 417. | | | | | BUY | 9/19 | J | | |
| 418. SHIONOGI & CO | | None | K | T | BUY | 10/15 | K | | |
| 419. ANTENA 3 TELEVISION | | None | | | BUY | 10/22 | J | | |
| 420. | | | | | Partial Sale | 11/5 | J | A | |
| 421. | | | | | SELL | 11/25 | J | A | |
| 422. RAYTHEON | | None | L | T | BUY | 10/31 | J | | |
| 423. | | | | | BUY | 11/3 | K | | |
| 424. | | | | | BUY | 11/4 | J | | |
| 425. | | | | | BUY | 11/6 | J | | |
| 426. GOLDEN WEST FINL | A | Dividend | K | T | BUY | 11/6 | K | | |
| 427. JPMORGAN CHASE | | None | K | T | BUY | 11/12 | K | | |
| 428. DU PONT EI DE NEMOUR | | None | K | T | BUY | 12/4 | K | | |
| 429. AMERICAN ELEC PWR | | None | K | T | BUY | 12/17 | K | | |
| 430. | | | | | BUY | 12/18 | J | | |
| 431. HBOS PLC | | None | K | T | BUY | 12/22 | K | | |
| 432. Money Market Fund JPMorgan Funds | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 433. AXA - Money Market Fund | A | Dividend | J | T | | | | | |
| 434. Chase Manhattan Bank - IRA List of Assets: | A | Interest | K | T | | | | | |
| 435. - Dreyfus GNMA Fund | | | | | SELL | 7/1 | K | | |
| 436. - Eaton Vance Class B | | | | | BUY | 7/1 | K | | |
| 437. - Money Market Fund JPMorganChase | | | | | | | | | |
| 438. Rental Property #14, Norfolk, VA | E | LLC | M | U | | | | | |
| 439. Rental Property #15, Norfolk, VA | F | LLC | N | U | | | | | |
| 440. Merrill Lynch - IRA - List of assets | B | Dividend | M | T | | | | | |
| 441. - Money Market Funds Merrill Lynch | | | | | | | | | |
| 442. Estate #1 - List of assets: | F | LLC, Rent | | | | | | | |
| 443. - Rental Property #28 East Orange, NJ | | | | | To Bnficiary | 3/13 | J | | |
| 444. - Rental Property #29 Brooklyn, NY | | | | | To Bnficiary | 3/13 | J | | |
| 445. - Cash - Chase | | | | | To Bnficiary | 10/14 | O | | |
| 446. - Chase Vista Fund | | | | | Closed | 9/12 | N | | |
| 447. - Cash - M&T | | | | | Closed | 9/26 | O | | |
| 448. Estate #3 - List of Assets: | F | LLC, Int | K | T | | | | | |
| 449. - Cash JPMorganChase | | | | | | | | | |
| 450. ▒▒▒Trust #18 - List of Assets: | G | Dividend | P2 | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. | - AGILENT TECH | | | | | BUY | 2/19 | J | | |
| 452. | | | | | | Partial Sale | 1/14 | L | | |
| 453. | | | | | | Partial Sale | 8/27 | J | C | |
| 454. | | | | | | Partial Sale | 8/27 | K | D | |
| 455. | - AIR PRODUCTS & CHEMS | | | | | BUY | 3/12 | K | | |
| 456. | | | | | | BUY | 4/24 | K | | |
| 457. | - ALLERGAN INC | | | | | BUY | 1/14 | K | | |
| 458. | - AMERICAN INTL GROUP | | | | | BUY | 1/14 | J | | |
| 459. | - AMERICAN STD | | | | | BUY | 2/11 | K | | |
| 460. | | | | | | BUY | 7/1 | K | | |
| 461. | | | | | | Partial Sale | 11/5 | K | D | |
| 462. | - APPLERA CORP | | | | | BUY | 4/4 | J | | |
| 463. | | | | | | BUY | 12/8 | K | | |
| 464. | | | | | | BUY | 12/9 | J | | |
| 465. | | | | | | Partial Sale | 10/31 | K | | |
| 466. | - APPLIED MATLS | | | | | BUY | 3/12 | K | | |
| 467. | | | | | | BUY | 7/16 | L | | |
| 468. | | | | | | Partial Sale | 8/28 | K | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and

— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 469. - ASTRAZENECA | | | | | Partial Sale | 1/1 | J | | |
| 470. | | | | | Partial Sale | 1/1 | J | | |
| 471. | | | | | Partial Sale | 1/1 | J | | |
| 472. | | | | | Partial Sale | 1/2 | J | | |
| 473. | | | | | Partial Sale | 1/3 | J | | |
| 474. | | | | | Partial Sale | 1/6 | J | | |
| 475. | | | | | Partial Sale | 1/7 | J | | |
| 476. | | | | | SELL | 1/9 | J | | |
| 477. | | | | | BUY | 4/29 | J | | |
| 478. | | | | | BUY | 4/30 | L | | |
| 479. | | | | | BUY | 9/3 | J | | |
| 480. | | | | | BUY | 9/4 | J | | |
| 481. - BAKER HUGHES | | | | | BUY | 1/14 | J | | |
| 482. - BANK OF AMERICA CORP | | | | | SELL | 1/22 | K | D | |
| 483. - BANK ONE | | | | | | | | | |
| 484. - BECTON DICKINSON | | | | | BUY | 1/14 | K | | |
| 485. - BERKSHIRE HATHAWAY | | | | | | | | | |
| 486. - CAMPBELL SOUP | | | | | BUY | 3/12 | J | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2) U =Book Value  V =Other  W =Estimated

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. - CARNIVAL CORP | | | | | Partial Sale | 4/14 | K | C | |
| 488. | | | | | Partial Sale | 10/31 | L | E | |
| 489. - CENTURYTEL INC | | | | | | | | | |
| 490. - CHECKFREE CORP | | | | | Partial Sale | 11/5 | K | D | |
| 491. - CITIGROUP INC | | | | | BUY | 3/12 | J | | |
| 492. | | | | | Partial Sale | 1/14 | L | | |
| 493. - CLOROX | | | | | SELL | 2/5 | L | E | |
| 494. - COMCAST | | | | | Partial Sale | 1/14 | K | | |
| 495. | | | | | BUY | 6/30 | J | | |
| 496. - COX COMMUNICATIONS | | | | | Partial Sale | 1/14 | L | | |
| 497. | | | | | BUY | 6/19 | J | | |
| 498. - DILLARDS INC | | | | | Partial Sale | 1/14 | K | | |
| 499. | | | | | Partial Sale | 6/24 | J | | |
| 500. | | | | | Partial Sale | 6/24 | J | | |
| 501. | | | | | Partial Sale | 6/25 | J | | |
| 502. | | | | | Partial Sale | 6/26 | J | | |
| 503. | | | | | SELL | 6/27 | J | | |
| 504. - DOW CHEMICAL | | | | | SELL | 7/30 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505.  - DUKE ENERGY | | | | | SELL | 7/22 | L | | |
| 506. | | | | | BUY | 10/9 | K | | |
| 507. | | | | | BUY | 10/9 | J | | |
| 508. | | | | | BUY | 10/10 | K | | |
| 509. | | | | | BUY | 10/13 | L | | |
| 510.  - EMERSON ELEC | | | | | BUY | 1/14 | L | | |
| 511.  - EXXON MOBIL | | | | | BUY | 1/14 | K | | |
| 512. | | | | | BUY | 4/25 | K | | |
| 513. | | | | | Partial Sale | 11/5 | J | | |
| 514.  - FEDEX | | | | | | | | | |
| 515.  - FLUOR CORP | | | | | BUY | 1/1 | J | | |
| 516. | | | | | BUY | 1/2 | J | | |
| 517. | | | | | BUY | 1/27 | J | | |
| 518. | | | | | Partial Sale | 11/5 | J | C | |
| 519.  - GALLAGHER ARTHUR J | | | | | BUY | 10/13 | J | | |
| 520.  - GENENTECH | | | | | Partial Sale | 8/5 | L | E | |
| 521. | | | | | SELL | 10/31 | L | E | |
| 522.  - GENERAL ELEC | | | | | BUY | 1/14 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 523. | | | | | BUY | 2/27 | J | | |
| 524. | | | | | Partial Sale | 11/5 | J | | |
| 525. - GRAINGER WW INC | | | | | SELL | 8/4 | L | E | |
| 526. - GUIDANT CORP | | | | | Partial Sale | 1/14 | K | | |
| 527. | | | | | Partial Sale | 8/5 | K | D | |
| 528. | | | | | Partial Sale | 9/8 | K | D | |
| 529. | | | | | SELL | 10/31 | K | D | |
| 530. - HEWLETT PACKARD | | | | | SELL | 6/3 | K | | |
| 531. - ILLINOIS TOOL WORKS | | | | | Partial Sale | 1/17 | J | A | |
| 532. | | | | | Partial Sale | 1/17 | J | A | |
| 533. | | | | | Partial Sale | 1/21 | J | A | |
| 534. | | | | | Partial Sale | 1/22 | J | A | |
| 535. | | | | | Partial Sale | 11/5 | J | B | |
| 536. - INTEL CORP | | | | | Partial Sale | 9/18 | K | D | |
| 537. - INTERPUBLIC GROUP | | | | | BUY | 1/14 | J | | |
| 538. | | | | | BUY | 1/28 | K | | |
| 539. | | | | | BUY | 3/12 | K | | |
| 540. | | | | | BUY | 3/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 31 of 56

Name of Person Reporting
Barry, Maryanne T

Date of Report:
6/21/2004

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. | | | | | BUY | 3/20 | K | | |
| 542. | | | | | BUY | 3/24 | J | | |
| 543. | | | | | BUY | 3/25 | J | | |
| 544. | | | | | Partial Sale | 10/16 | K | | |
| 545. | | | | | Partial Sale | 10/17 | J | | |
| 546. | | | | | Partial Sale | 10/17 | J | | |
| 547. | | | | | Partial Sale | 10/20 | K | | |
| 548. | | | | | Partial Sale | 11/5 | K | C | |
| 549. - IBM | | | | | Partial Sale | 11/5 | K | | |
| 550. - JP MORGAN CHASE | | | | | Partial Sale | 1/14 | L | | |
| 551. | | | | | SELL | 10/31 | L | E | |
| 552. - KELLOGG | | | | | SELL | 4/7 | K | C | |
| 553. - KNIGHT RIDDER | | | | | BUY | 1/14 | J | | |
| 554. - KRAFT FOODS | | | | | BUY | 4/22 | K | | |
| 555. | | | | | BUY | 8/5 | J | | |
| 556. - LILLY ELI & CO | | | | | BUY | 2/28 | K | | |
| 557. | | | | | BUY | 3/12 | J | | |
| 558. | | | | | BUY | 10/28 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 559. - LOWES COS | | | | | BUY | 1/14 | K | | |
| 560. | | | | | BUY | 3/12 | J | | |
| 561. - MACROMEDIA | | | | | Partial Sale | 7/15 | K | E | |
| 562. | | | | | Partial Sale | 9/13 | K | D | |
| 563. | | | | | Partial Sale | 9/19 | K | D | |
| 564. | | | | | Partial Sale | 10/23 | J | C | |
| 565. | | | | | Partial Sale | 10/24 | J | C | |
| 566. | | | | | SELL | 10/27 | J | B | |
| 567. - MAXIM INTEGRATED PRODS | | | | | SELL | 1/10 | J | | |
| 568. - MCDONALDS CORP | | | | | SELL | 7/15 | L | A | |
| 569. - MICROSOFT CORP | | | | | BUY | 3/12 | K | | |
| 570. - NATIONAL INSTRUMENTS | | | | | Partial Sale | 1/14 | L | C | |
| 571. | | | | | SELL | 10/31 | L | E | |
| 572. - PEPSICO | | | | | BUY | 9/9 | L | | |
| 573. | | | | | Partial Sale | 11/5 | K | | |
| 574. - PFIZER | | | | | Partial Sale | 4/29 | J | C | |
| 575. | | | | | Partial Sale | 9/3 | K | | |
| 576. | | | | | Partial Sale | 9/4 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. - PINNACLE WEST | | | | | BUY | 2/28 | L | | |
| 578. | | | | | BUY | 9/2 | J | | |
| 579. - POLYCOM INC | | | | | Partial Sale | 1/14 | M | | |
| 580. | | | | | Partial Sale | 11/14 | J | A | |
| 581. | | | | | Partial Sale | 11/17 | J | D | |
| 582. | | | | | Partial Sale | 11/17 | J | A | |
| 583. | | | | | Partial Sale | 11/18 | J | C | |
| 584. | | | | | Partial Sale | 11/19 | J | C | |
| 585. | | | | | Partial Sale | 11/20 | J | B | |
| 586. - ROBERT HALF | | | | | Partial Sale | 1/14 | K | | |
| 587. - ROYAL DUTCH PETE 1.25 | | | | | BUY | 1/14 | K | | |
| 588. | | | | | BUY | 3/12 | J | | |
| 589. - SBC COMMUNICATIONS | | | | | BUY | 3/12 | J | | |
| 590. - SCHLUMBERGER LTD | | | | | BUY | 1/14 | K | | |
| 591. | | | | | BUY | 1/30 | J | | |
| 592. - SIEMENS AG | | | | | BUY | 1/17 | K | | |
| 593. | | | | | BUY | 1/21 | J | | |
| 594. | | | | | BUY | 2/12 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

FINANCIAL DISCLOSURE REPORT
Page 34 of 56

Name of Person Reporting
Barry, Maryanne T

Date of Report
5/21/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. - SOUTHWEST AIRLINES | | | | | BUY | 1/14 | K | | |
| 596. | | | | | BUY | 3/12 | K | | |
| 597. | | | | | Partial Sale | 7/15 | J | A | |
| 598. | | | | | Partial Sale | 7/16 | K | C | |
| 599. - SPRINT CORP | | | | | BUY | 1/28 | K | | |
| 600. | | | | | BUY | 4/25 | K | | |
| 601. - UNION PACIFIC | | | | | | | | | |
| 602. - UNITED PARCEL SERVICE | | | | | Partial Sale | 11/5 | K | C | |
| 603. - UNITED TECHNOLOGIES | | | | | BUY | 1/14 | L | | |
| 604. | | | | | BUY | 3/12 | J | | |
| 605. - UNOCAL CORP | | | | | BUY | 2/13 | L | | |
| 606. | | | | | BUY | 4/4 | J | | |
| 607. | | | | | BUY | 4/7 | J | | |
| 608. - USA INTERACTIVE | | | | | BUY | 1/14 | K | | |
| 609. | | | | | Partial Sale | 11/5 | L | D | |
| 610. - WASHINGTON MUT INC | | | | | | | | | |
| 611. - WD-40 COMPANY | | | | | | | | | |
| 612. - WEATHERFORD INTL | | | | | BUY | 1/14 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | BUY | 3/12 | J | | |
| 614. | | | | | BUY | 12/2 | J | | |
| 615. - WELLS FARGO | | | | | | | | | |
| 616. - CINCINNATI FINL CORP | | | | | BUY | 1/14 | K | | |
| 617. | | | | | BUY | 4/25 | K | | |
| 618. | | | | | BUY | 5/21 | K | | |
| 619. | | | | | BUY | 5/27 | J | | |
| 620. - IMPERIAL OIL | | | | | BUY | 1/14 | K | | |
| 621. - NESTLE | | | | | BUY | 1/14 | L | | |
| 622. | | | | | BUY | 3/12 | J | | |
| 623. - NEWS CORP | | | | | BUY | 1/14 | K | | |
| 624. | | | | | BUY | 3/12 | J | | |
| 625. | | | | | Partial Sale | 11/5 | K | C | |
| 626. - SUNCOR ENERGY | | | | | BUY | 1/14 | K | | |
| 627. | | | | | BUY | 4/17 | K | | |
| 628. | | | | | Partial Sale | 11/5 | J | B | |
| 629. - NOVARTIS | | | | | BUY | 1/14 | K | | |
| 630. | | | | | BUY | 3/12 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 631. - UNILEVER | | | | | BUY | 1/14 | K | | |
| 632. | | | | | BUY | 8/5 | J | | |
| 633. - COSTCO | | | | | BUY | 1/14 | L | | |
| 634. | | | | | BUY | 1/14 | K | | |
| 635. | | | | | BUY | 1/15 | K | | |
| 636. | | | | | BUY | 1/27 | J | | |
| 637. | | | | | BUY | 3/12 | J | | |
| 638. - HEINEKEN | | | | | BUY | 1/14 | K | | |
| 639. | | | | | BUY | 3/12 | J | | |
| 640. | | | | | BUY | 8/4 | L | | |
| 641. - VERISIGN | | | | | BUY | 1/14 | L | | |
| 642. | | | | | BUY | 3/12 | J | | |
| 643. | | | | | Partial Sale | 6/24 | K | C | |
| 644. | | | | | Partial Sale | 6/25 | J | C | |
| 645. | | | | | Partial Sale | 6/25 | J | C | |
| 646. - LIBERTY MEDIA | | | | | BUY | 1/14 | L | | |
| 647. | | | | | BUY | 3/12 | J | | |
| 648. | | | | | Partial Sale | 9/12 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

Name of Person Reporting
Barry, Maryanne T

Date of Report
6/21/2004

## VII. INVESTMENTS and TRUSTS

— Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649. | | | | | Partial Sale | 9/15 | J | A | |
| 650. | | | | | Partial Sale | 9/15 | K | B | |
| 651. | | | | | Partial Sale | 9/16 | J | A | |
| 652. | | | | | SELL | 9/16 | J | A | |
| 653. - LUXOTTICA | | | | | BUY | 1/14 | K | | |
| 654. | | | | | BUY | 3/12 | J | | |
| 655. - STATE STR CORP | | | | | BUY | 1/15 | J | | |
| 656. | | | | | BUY | 1/14 | J | | |
| 657. | | | | | BUY | 1/22 | K | | |
| 658. | | | | | BUY | 1/23 | J | | |
| 659. | | | | | BUY | 1/24 | J | | |
| 660. | | | | | BUY | 1/27 | J | | |
| 661. | | | | | BUY | 1/28 | J | | |
| 662. | | | | | BUY | 2/24 | J | | |
| 663. | | | | | BUY | 3/12 | K | | |
| 664. - SLM CORP | | | | | BUY | 1/17 | L | | |
| 665. - VODAFONE | | | | | BUY | 1/21 | L | | |
| 666. | | | | | BUY | 3/12 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 667.  - CHEVRON TEXACO | | | | | BUY | 1/31 | K | | |
| 668.  - RIO TINTO | | | | | BUY | 2/3 | J | | |
| 669. | | | | | BUY | 2/4 | J | | |
| 670. | | | | | BUY | 2/5 | J | | |
| 671. | | | | | BUY | 2/5 | K | | |
| 672. | | | | | BUY | 2/6 | K | | |
| 673. | | | | | BUY | 6/24 | J | | |
| 674.  - CADENCE DESIGN | | | | | BUY | 2/7 | J | | |
| 675. | | | | | SELL | 7/22 | J | B | |
| 676.  - WALGREEN CO | | | | | BUY | 3/5 | K | | |
| 677.  - AT&T | | | | | BUY | 3/12 | K | | |
| 678. | | | | | BUY | 4/17 | J | | |
| 679. | | | | | SELL | 11/24 | L | D | |
| 680.  - WILLIAMS SONOMA | | | | | BUY | 3/20 | K | | |
| 681. | | | | | BUY | 3/21 | J | | |
| 682. | | | | | Partial Sale | 7/29 | J | A | |
| 683.  - RADIOSHACK | | | | | BUY | 6/16 | K | | |
| 684.  - KINDER MORGAN MGMT | | | | | BUY | 6/17 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 685. | | | | | BUY | 6/19 | J | | |
| 686. | | | | | BUY | 6/20 | J | | |
| 687. | | | | | BUY | 6/23 | J | | |
| 688. | | | | | BUY | 6/24 | J | | |
| 689. | | | | | BUY | 6/25 | J | | |
| 690. | | | | | BUY | 6/26 | J | | |
| 691. | | | | | BUY | 6/27 | J | | |
| 692. | | | | | BUY | 6/30 | J | | |
| 693. | | | | | Partial Sale | 10/21 | J | A | |
| 694. | | | | | Partial Sale | 11/19 | J | A | |
| 695. - AMYLIN PHARMACEUTICALS | | | | | BUY | 6/19 | K | | |
| 696. - WHOLE FOODS MARKET | | | | | BUY | 7/8 | K | | |
| 697. | | | | | BUY | 7/10 | J | | |
| 698. | | | | | BUY | 7/11 | J | | |
| 699. | | | | | BUY | 7/11 | K | | |
| 700. - PETCO ANIMAL SUPPLIES | | | | | BUY | 7/15 | J | | |
| 701. | | | | | BUY | 7/15 | J | | |
| 702. | | | | | BUY | 7/16 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 703. | | | | | BUY | 7/17 | J | | |
| 704. | | | | | BUY | 7/17 | J | | |
| 705. | | | | | BUY | 7/18 | J | | |
| 706. - CANON INC | | | | | BUY | 7/16 | K | | |
| 707. | | | | | BUY | 7/17 | K | | |
| 708. - CHUBB CORP | | | | | BUY | 7/31 | L | | |
| 709. - RAYTHEON | | | | | BUY | 10/31 | J | | |
| 710. | | | | | BUY | 11/3 | J | | |
| 711. | | | | | BUY | 11/4 | J | | |
| 712. | | | | | BUY | 11/6 | J | | |
| 713. - DU PONT EI DE NEMOUR | | | | | BUY | 12/4 | K | | |
| 714. - AMERICAN ELEC PWR | | | | | BUY | 12/17 | K | | |
| 715. | | | | | BUY | 12/18 | J | | |
| 716. - CASH - MONEY MARKET JPMorganChase | | | | | | | | | |
| 717. ▓▓Trust #19 - List of Assets: | E | Dividend | P1 | T | | | | | |
| 718. - CAPITAL INCOME BUILDER | | | | | BUY | 3/24 | J | | |
| 719. | | | | | BUY | 5/2 | M | | |
| 720. | | | | | BUY | 6/23 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 721. | | | | | BUY | 7/2 | M | | |
| 722. | | | | | BUY | 9/22 | J | | |
| 723. | | | | | Partial Sale | 7/7 | J | | |
| 724. | | | | | Partial Sale | 7/31 | N | A | |
| 725. | | | | | Partial Sale | 9/5 | J | A | |
| 726. | | | | | BUY | 10/23 | M | | |
| 727. | | | | | BUY | 12/15 | J | | |
| 728. | | | | | BUY | 12/15 | J | | |
| 729. | | | | | Partial Sale | 11/19 | J | A | |
| 730. - CASH - T/E MONEY FUND | | | | | | | | | |
| 731. Trust #20 - List of Assets: | F | Div, Int | P1 | T | | | | | |
| 732. - AT&T | | | | | BUY | 1/14 | K | | |
| 733. | | | | | BUY | 3/12 | J | | |
| 734. | | | | | BUY | 4/17 | J | | |
| 735. | | | | | SELL | 11/24 | K | | |
| 736. - AMERICAN INTL GROUP | | | | | BUY | 1/14 | K | | |
| 737. | | | | | BUY | 3/12 | J | | |
| 738. | | | | | BUY | 4/25 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 739.   - CINCINNATI FINL | | | | | BUY | 1/14 | K | | |
| 740. | | | | | BUY | 3/12 | K | | |
| 741. | | | | | BUY | 4/25 | J | | |
| 742. | | | | | BUY | 5/21 | J | | |
| 743.   - GALLAGHER ARTHUR | | | | | BUY | 1/14 | J | | |
| 744. | | | | | BUY | 2/5 | J | | |
| 745.   - EMERSON ELEC | | | | | BUY | 1/14 | L | | |
| 746. | | | | | BUY | 2/12 | J | | |
| 747. | | | | | BUY | 3/12 | J | | |
| 748.   - GENERAL ELEC CO | | | | | BUY | 1/14 | L | | |
| 749. | | | | | BUY | 2/27 | J | | |
| 750. | | | | | BUY | 3/12 | K | | |
| 751.   - DUKE ENERGY | | | | | BUY | 1/14 | K | | |
| 752. | | | | | SELL | 7/22 | K | A | |
| 753. | | | | | BUY | 10/9 | K | | |
| 754. | | | | | BUY | 10/10 | J | | |
| 755. | | | | | BUY | 10/13 | K | | |
| 756.   - ILLINOIS TOOL WORKS | | | | | BUY | 1/14 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/21/2004 |

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 757. | | | | | BUY | 3/12 | K | | |
| 758. - IMPERIAL OIL | | | | | BUY | 1/14 | K | | |
| 759. - INTEL | | | | | BUY | 1/14 | K | | |
| 760. | | | | | Partial Sale | 9/18 | K | D | |
| 761. - IBM | | | | | BUY | 1/14 | K | | |
| 762. | | | | | BUY | 3/12 | K | | |
| 763. | | | | | BUY | 6/25 | K | | |
| 764. - INTERPUBLIC GROUP | | | | | BUY | 1/14 | K | | |
| 765. | | | | | BUY | 1/28 | J | | |
| 766. | | | | | BUY | 3/12 | J | | |
| 767. | | | | | BUY | 3/19 | J | | |
| 768. | | | | | BUY | 3/20 | J | | |
| 769. | | | | | BUY | 3/24 | J | | |
| 770. | | | | | BUY | 3/25 | J | | |
| 771. | | | | | Partial Sale | 10/16 | K | | |
| 772. | | | | | Partial Sale | 10/17 | J | | |
| 773. | | | | | Partial Sale | 10/17 | J | | |
| 774. | | | | | Partial Sale | 10/20 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 9/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 775. - NESTLE | | | | | BUY | 1/14 | K | | |
| 776. | | | | | BUY | 3/12 | K | | |
| 777. - NEWS CORP | | | | | BUY | 1/14 | K | | |
| 778. | | | | | BUY | 3/12 | J | | |
| 779. - PFIZER | | | | | BUY | 1/14 | L | | |
| 780. | | | | | BUY | 3/12 | J | | |
| 781. | | | | | Partial Sale | 9/3 | J | | |
| 782. | | | | | Partial Sale | 9/4 | J | | |
| 783. - SBC COMMUNICATIONS | | | | | BUY | 1/14 | K | | |
| 784. | | | | | BUY | 3/12 | J | | |
| 785. - SCHLUMBERGER LTD | | | | | BUY | 1/14 | L | | |
| 786. | | | | | BUY | 1/30 | J | | |
| 787. | | | | | BUY | 3/12 | J | | |
| 788. - SOUTHWEST AIRLINES | | | | | BUY | 1/14 | K | | |
| 789. | | | | | BUY | 1/30 | J | | |
| 790. | | | | | BUY | 1/31 | J | | |
| 791. | | | | | BUY | 3/12 | K | | |
| 792. | | | | | Partial Sale | 7/16 | K | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 45 of 56

Name of Person Reporting
Barry, Maryanne T

Date of Report
6/21/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| - SPRINT | | | | | BUY | 1/14 | J | | |
| 794. | | | | | BUY | 1/28 | J | | |
| 795. | | | | | BUY | 4/25 | J | | |
| 796. - UNION PACIFIC | | | | | BUY | 1/14 | J | | |
| 797. | | | | | BUY | 3/12 | J | | |
| 798. - AIR PRODS & CHEMS | | | | | BUY | 1/14 | L | | |
| | | | | | BUY | 3/12 | K | | |
| 800. - FLUOR CORP | | | | | BUY | 1/14 | K | | |
| 801. | | | | | BUY | 1/27 | J | | |
| 802. - LILLY ELI & CO | | | | | BUY | 1/14 | L | | |
| 803. | | | | | BUY | 2/28 | K | | |
| 804. | | | | | BUY | 3/12 | K | | |
| 805. - MICROSOFT | | | | | BUY | 1/14 | K | | |
| 806. | | | | | BUY | 3/12 | J | | |
| 807. - CAMPBELL SOUP | | | | | BUY | 1/14 | K | | |
| 808. | | | | | BUY | 3/12 | J | | |
| 809. - SUNCOR ENERGY | | | | | BUY | 1/14 | K | | |
| 810. | | | | | BUY | 4/17 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811. - CANADIAN NATL | | | | | BUY | 1/14 | K | | |
| 812. - NOVARTIS | | | | | BUY | 1/14 | K | | |
| 813. | | | | | BUY | 3/12 | J | | |
| 814. - ROYAL DUTCH PETE | | | | | BUY | 1/14 | L | | |
| 815. | | | | | BUY | 3/12 | J | | |
| 816. - UNITED TECHNOLOGIES | | | | | BUY | 1/14 | L | | |
| 817. | | | | | BUY | 3/12 | J | | |
| 818. - KNIGHT RIDDER | | | | | BUY | 1/14 | K | | |
| 819. - COX COMMUNICATIONS | | | | | BUY | 1/14 | K | | |
| 820. | | | | | BUY | 3/12 | J | | |
| 821. | | | | | BUY | 6/19 | K | | |
| 822. - MACROMEDIA | | | | | BUY | 1/14 | K | | |
| 823. | | | | | Partial Sale | 9/18 | J | D | |
| 824. | | | | | Partial Sale | 9/19 | J | D | |
| 825. | | | | | Partial Sale | 10/23 | J | B | |
| 826. | | | | | Partial Sale | 10/24 | J | B | |
| 827. | | | | | SELL | 10/27 | J | A | |
| 828. - CARNIVAL CORP | | | | | BUY | 1/14 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| (including trust assets) Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 829. - BAKER HUGHES | | | | | BUY | 1/14 | K | | |
| 830. - CITIGROUP | | | | | BUY | 1/14 | K | | |
| 831. | | | | | BUY | 3/12 | J | | |
| 832. - WELLS FARGO | | | | | BUY | 1/14 | K | | |
| 833. | | | | | BUY | 3/12 | J | | |
| 834. - BERKSHIRE HATHAWAY | | | | | BUY | 1/14 | K | | |
| 835. - ROBERT HALF | | | | | BUY | 1/14 | K | | |
| 836. | | | | | BUY | 3/12 | J | | |
| 837. - UNILEVER | | | | | BUY | 1/14 | J | | |
| 838. | | | | | BUY | 8/5 | J | | |
| 839. - COSTCO WHSL | | | | | BUY | 1/14 | J | | |
| 840. | | | | | BUY | 1/14 | K | | |
| 841. | | | | | BUY | 1/15 | K | | |
| 842. | | | | | BUY | 1/27 | J | | |
| 843. | | | | | BUY | 3/12 | J | | |
| 844. - LOWES | | | | | BUY | 1/14 | L | | |
| 845. | | | | | BUY | 3/12 | J | | |
| 846. - BECTON DICKINSON | | | | | BUY | 1/14 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847. - AGILENT TECHNOLOGIES | | | | | BUY | 1/14 | K | | |
| 848. | | | | | BUY | 2/19 | I | | |
| 849. | | | | | BUY | 3/12 | J | | |
| 850. | | | | | Partial Sale | 8/27 | K | C | |
| 851. | | | | | Partial Sale | 8/27 | J | B | |
| 852. - HEINEKEN | | | | | BUY | 1/14 | K | | |
| 853. | | | | | BUY | 3/12 | J | | |
| 854. | | | | | BUY | 8/4 | K | | |
| 855. - EXXON MOBIL | | | | | BUY | 1/14 | K | | |
| 856. | | | | | BUY | 4/25 | K | | |
| 857. - FEDEX | | | | | BUY | 1/14 | K | | |
| 858. | | | | | BUY | 3/12 | J | | |
| 859. - VERISIGN | | | | | BUY | 1/14 | K | | |
| 860. | | | | | BUY | 3/12 | J | | |
| 861. | | | | | Partial Sale | 6/24 | K | C | |
| 862. | | | | | Partial Sale | 6/25 | J | B | |
| 863. | | | | | Partial Sale | 6/25 | J | B | |
| 864. - USA INTERACTIVE | | | | | BUY | 1/14 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. | | | | | BUY | 2/27 | J | | |
| 866. | | | | | BUY | 3/12 | J | | |
| 867. - POLYCOM | | | | | BUY | 1/14 | K | | |
| 868. | | | | | BUY | 3/12 | K | | |
| 869. | | | | | Partial Sale | 11/14 | J | A | |
| 870. | | | | | Partial Sale | 11/17 | J | C | |
| 871. | | | | | Partial Sale | 11/17 | J | A | |
| 872. | | | | | Partial Sale | 11/18 | J | B | |
| 873. | | | | | Partial Sale | 11/19 | J | B | |
| 874. | | | | | Partial Sale | 11/20 | J | B | |
| 875. - AMERICAN STD COS | | | | | BUY | 1/14 | K | | |
| 876. | | | | | BUY | 2/11 | K | | |
| 877. | | | | | BUY | 7/1 | J | | |
| 878. - VODAFONE | | | | | BUY | 1/14 | K | | |
| 879. | | | | | BUY | 3/12 | J | | |
| 880. - CENTURYTEL | | | | | BUY | 1/14 | K | | |
| 881. | | | | | BUY | 3/12 | J | | |
| 882. - LIBERTY MEDIA CORP | | | | | BUY | 1/14 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 883. | | | | | BUY | 3/12 | J | | |
| 884. | | | | | Partial Sale | 9/12 | K | B | |
| 885. | | | | | Partial Sale | 9/15 | J | A | |
| 886. | | | | | Partial Sale | 9/15 | J | A | |
| 887. | | | | | Partial Sale | 9/16 | J | A | |
| 888. | | | | | SELL | 9/16 | J | A | |
| 889. - ALLERGAN | | | | | BUY | 1/14 | K | | |
| 890. - DILLARDS | | | | | BUY | 1/14 | K | | |
| 891. | | | | | Partial Sale | 6/24 | J | | |
| 892. | | | | | Partial Sale | 6/24 | J | | |
| 893. | | | | | Partial Sale | 6/25 | J | | |
| 894. | | | | | Partial Sale | 6/26 | J | | |
| 895. | | | | | SELL | 6/27 | J | | |
| 896. - WD-40 COMPANY | | | | | BUY | 1/14 | J | | |
| 897. | | | | | BUY | 3/12 | J | | |
| 898. - WEATHERFORD INTL | | | | | BUY | 1/14 | K | | |
| 899. | | | | | BUY | 3/12 | J | | |
| 900. - LUXOTTICA GRP | | | | | BUY | 1/14 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 901. | | | | | BUY | 3/12 | J | | |
| 902. - STATE STR CORP | | | | | BUY | 1/15 | J | | |
| 903. | | | | | BUY | 1/14 | J | | |
| 904. | | | | | BUY | 1/22 | J | | |
| 905. | | | | | BUY | 1/24 | J | | |
| 906. | | | | | BUY | 1/27 | J | | |
| 907. | | | | | BUY | 1/28 | J | | |
| 908. | | | | | BUY | 2/24 | J | | |
| 909. | | | | | BUY | 3/12 | J | | |
| 910. | | | | | BUY | 3/21 | J | | |
| 911. - PEPSICO INC | | | | | BUY | 1/17 | K | | |
| 912. | | | | | BUY | 3/12 | J | | |
| 913. | | | | | BUY | 9/9 | K | | |
| 914. - SIEMENS | | | | | BUY | 1/17 | K | | |
| 915. | | | | | BUY | 1/21 | J | | |
| 916. | | | | | BUY | 2/12 | J | | |
| 917. - UNION PACIFIC | | | | | BUY | 1/27 | J | | |
| 918. - CHEVRON TEXACO | | | | | BUY | 1/31 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - RIO TINTO | | | | | BUY | 2/3 | J | | |
| 920. | | | | | BUY | 2/4 | J | | |
| 921. | | | | | BUY | 2/5 | J | | |
| 922. | | | | | BUY | 2/5 | J | | |
| 923. | | | | | BUY | 2/6 | K | | |
| 924. | | | | | BUY | 6/24 | J | | |
| 925. - CADENCE DESIGN | | | | | BUY | 2/7 | J | | |
| 926. | | | | | SELL | 7/22 | J | A | |
| 927. - UNOCAL CORP | | | | | BUY | 2/13 | L | | |
| 928. | | | | | BUY | 4/4 | J | | |
| 929. | | | | | BUY | 4/7 | J | | |
| 930. - BANK ONE | | | | | BUY | 2/13 | K | | |
| 931. | | | | | BUY | 2/13 | K | | |
| 932. - APPLIED MATLS | | | | | BUY | 2/28 | K | | |
| 933. | | | | | BUY | 3/12 | J | | |
| 934. | | | | | BUY | 7/16 | K | | |
| 935. | | | | | Partial Sale | 8/28 | K | B | |
| 936. - PINNACLE WEST | | | | | BUY | 2/28 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 5/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 937. | | | | | BUY | 9/2 | J | | |
| 938. - WALGREEN | | | | | BUY | 3/5 | J | | |
| 939. - UNITED PARCEL SERVICE | | | | | BUY | 3/12 | J | | |
| 940. - SLM | | | | | BUY | 3/12 | K | | |
| 941. - WILLIAMS SONOMA | | | | | BUY | 3/20 | J | | |
| 942. | | | | | BUY | 3/21 | J | | |
| 943. - APPLERA CORP | | | | | BUY | 4/4 | K | | |
| 944. | | | | | BUY | 12/8 | K | | |
| 945. | | | | | BUY | 12/9 | J | | |
| 946. - KRAFT FOODS | | | | | BUY | 4/22 | K | | |
| 947. - ASTRAZENECA | | | | | BUY | 4/29 | J | | |
| 948. | | | | | BUY | 4/30 | K | | |
| 949. | | | | | BUY | 9/4 | J | | |
| 950. - CHECKFREE | | | | | BUY | 6/3 | K | | |
| 951. | | | | | BUY | 8/21 | J | | |
| 952. | | | | | BUY | 8/22 | J | | |
| 953. - RADIOSHACK | | | | | BUY | 6/16 | K | | |
| 954. - KINDER MORGAN MGMT | | | | | BUY | 6/17 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 955. | | | | | BUY | 6/19 | J | | |
| 956. | | | | | BUY | 6/20 | J | | |
| 957. | | | | | BUY | 6/23 | J | | |
| 958. | | | | | BUY | 6/24 | J | | |
| 959. | | | | | BUY | 6/25 | J | | |
| 960. | | | | | BUY | 6/26 | J | | |
| 961. | | | | | Partial Sale | 10/21 | J | A | |
| 962. | | | | | Partial Sale | 11/19 | J | A | |
| 963. | - AMYLIN PHARMACEUTICALS | | | | BUY | 6/19 | J | | |
| 964. | - COMCAST CORP | | | | BUY | 6/30 | K | | |
| 965. | - WHOLE FOODS MARKET | | | | BUY | 7/8 | J | | |
| 966. | | | | | BUY | 7/10 | J | | |
| 967. | | | | | BUY | 7/11 | J | | |
| 968. | | | | | BUY | 7/11 | J | | |
| 969. | - PETCO ANIMAL SUPPLIES | | | | BUY | 7/15 | J | | |
| 970. | | | | | BUY | 7/15 | J | | |
| 971. | | | | | BUY | 7/17 | J | | |
| 972. | | | | | BUY | 7/17 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 6/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 973. - CANON | | | | | BUY | 7/16 | K | | |
| 974. | | | | | BUY | 7/17 | J | | |
| 975. - CHUBB CORP | | | | | BUY | 7/31 | K | | |
| 976. - GOLDEN WEST | | | | | BUY | 10/16 | K | | |
| 977. - RAYTHEON | | | | | BUY | 10/31 | J | | |
| 978. | | | | | BUY | 11/3 | J | | |
| 979. | | | | | BUY | 11/4 | J | | |
| 980. | | | | | BUY | 11/6 | J | | |
| 981. - DU PONT EI DE NEMOUR | | | | | BUY | 12/4 | K | | |
| 982. - AMERICAN ELEC PWR | | | | | BUY | 12/17 | K | | |
| 983. | | | | | BUY | 12/18 | J | | |
| 984. - CASH - MONEY MARKET JPMorganChase | | | | | | | | | |
| 985. BUSINESS #3, BROOKLYN, NY - real estate management | | None | K | U | | | | | |
| 986. RENTAL PROPERTY #26, BROOKLYN, NY | G | LLC | P1 | U | | | | | |
| 987. RENTAL PROPERTY # 27, BROOKLYN, NY | G | LLC | ● | U | | | | | |
| 988. RENTAL PROPERTY #30, BROOKLYN, NY | | None | N | U | | | | | |
| 989. Trust #21 - List of Assets: | G | LLC | P2 | U | | | | | |
| 990. - RENTAL PROPERTY #3 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 991. - RENTAL PROPERTY #8 | | | | | | | | | |
| 992. - RENTAL PROPERTY #4 | | | | | | | | | |
| 993. - RENTAL PROPERTY #5 | | | | | | | | | |
| 994. - RENTAL PROPERTY #6 | | | | | | | | | |
| 995. - RENTAL PROPERTY #9 | | | | | | | | | |
| 996. - RENTAL PROPERTY #13 | | | | | | | | | |
| 997. - RENTAL PROPERTY #26 | | | | | | | | | |
| 998. - RENTAL PROPERTY #14 | | | | | | | | | |
| 999. - RENTAL PROPERTY #15 | | | | | | | | | |
| 1000. - RENTAL PROPERTY #30 | | | | | | | | | |
| 1001. - FAMILY BUSINESS #3 | | | | | | | | | |
| 1002. - RENTAL PROPERTY #27 | | | | | | | | | |
| 1003. - RENTAL PROPERTY #28 | | | | | From Estate | 3/13 | J | | |
| 1004. - RENTAL PROPERTY #29 | | | | | From Estate | 3/13 | J | | |
| 1005. Rental Property #29 | | None | J | U | From Estate | 3/13 | J | | |
| 1006. Rental Property #28 | | None | J | U | From Estate | 3/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa                                              Date  6/22/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544